DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Gates Four Homeowners Ass'n v. City of Fayetteville<br><br>Case Below:<br>170 N.C. App. 688 | No. 361P05 | 1. Proposed Intervenor Petitioners' PDR Under N.C.G.S. § 7A-31 (COA04-1202)<br><br>2. Respondent's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 08/18/05<br><br>2. Dismissed as moot 08/18/05<br><br>**Brady, J. Recused** |
| Gay-Hayes v. Tractor Supply Co.<br><br>170 N.C. App. 405 | No. 315P05 | Plts' PDR Under N.C.G.S. § 7A-31 (COA04-553) | Denied 08/18/05 |
| Gutierrez v. GDX Auto.<br><br>169 N.C. App. 173 | No. 240P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-415) | Denied 08/18/05 |
| Holden v. Holden<br><br>168 N.C. App. 595 | No. 195P05 | Plt's PDR Under N.C.G.S. § 7A-31 ·(COA04-146) | Denied 08/18/05 |
| Home Builders Ass'n of Fayetteville, N.C., Inc. v. City of Fayetteville<br><br>170 N.C. App. 625 | No. 366P05 | 1. Plts' PDR (COA04-1108)<br><br>2. Def's (City of Fayetteville) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 08/18/05<br><br>2. Dismissed as moot 08/18/05<br><br>**Brady, J. Recused** |
| HSI N.C., LLC v. Diversified Fire Protection of Wilmington, Inc.<br><br>169 N.C. App. 767 | No. 232P05 | 1. Defs' (N.C. Monroe Construction Co. and Travelers Casualty & Surety Company of America) Motion for Temporary Stay (COA04-678)<br><br>2. Defs' (N.C. Monroe Construction Co. and Travelers Casualty & Surety Co. of America) Petition for Writ of Supersedeas<br><br>3. Defs' (NC Monroe Construction Co. and Travelers Casualty and Surety Co.) PDR | 1. Allowed **05/10/05 359 N.C. 631** Stay Dissolved 08/18/05<br><br>2. Denied 08/18/05<br><br>3. Denied 08/18/05 |
| Hyman v. Efficiency, Inc.<br><br>167 N.C. App. 134 | No. 007P05 | 1. Plt's Motion for Temporary Stay (COA04-246)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Denied 07/29/05<br><br>2. Denied 07/29/05 |